# United States District Court
## Southern District of Georgia

CAROL WILKERSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV6:16-55

LANGSTON CHAPEL MIDDLE SCHOOL;
BONNIE RUTH GAMBLE HILTON;
BULLOCH COUNTY SHERIFF'S OFFICE;
and STATESBORO HERALD NEWSPAPER,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of August 17, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's complaint is DISMISSED without prejudice, and this civil action stands CLOSED.

08/17/2016
Date



Scott L. Poff
Clerk

_(signature)_
(By) Deputy Clerk